```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**　　　　　　　　　　　　　　　　Case No. 08-cr-142-PB

**Kyle Kimball**


### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for May 5, 2009, citing the need for additional time to complete discovery, engage in plea negotiations and prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 5, 2009 to July 7, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on June 29, 2009 at 3:30 p.m.

No further continuances.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

May 1, 2009

cc:   Jessica Brown, Esq.
      Kenneth Perkes, Esq.
      United States Probation
      United States Marshal